IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02247-REB-MEH

INTERNATIONAL CATASTROPHE INSURANCE
 MANAGERS, LLC, a Delaware limited liability company,

    Plaintiff,

vs.

POULTON ASSOCIATES, INC., a Utah corporation,

    Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff International Catastrophe Insurance Managers, LLC and Defendant Poulton Associates, Inc. have resolved the matters between them.  Defendant has not yet answered or filed a motion for summary judgment.  Pursuant to R. Civ. P. 41(a)(1), Plaintiff hereby dismisses this action with prejudice.

Respectfully submitted,

DATED: March 6, 2006

    /s/ Donald A. Degnan _____
    Donald A. Degnan
    HOLLAND & HART LLP
    One Boulder Plaza
    1800 Broadway, Suite 300
    Boulder, CO 80302
    Phone: (303) 473-2724
    Fax: (303) 473-2720
    ddegnan@hollandhart.com

    **ATTORNEYS FOR PLAINTIFF**

3524085_1.DOC